NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAIPTER CORP.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1034

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-01489-RMM, Judge Robin M. Meriweather.

---

**O R D E R**

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court

It Is Ordered That:

(1) ECF No. 4 is denied, pursuant to the Order at ECF No. 7.

(2) The stay is lifted.

(3) Pursuant to the Order at ECF No. 7, the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                                                    SAIPTER CORP. v. US

FOR THE COURT

December 31, 2025
Date

Jarrett B. Perlow
Clerk of Court